■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMEL MARCUS, Appellant. [644 NYS2d 975]

We disagree with the defendant's contention that he was entitled to a charge of manslaughter in the second degree as a lesser-included offense. Viewing the evidence in the light most favorable to the defendant (*see, People v Martin,* 59 NY2d 704), there is no reasonable view of the evidence that would have supported a charge of reckless manslaughter (*see, e.g., People v Glover,* 57 NY2d 61; *People v Barden,* 194 AD2d 548; *People v Bloomfield,* 187 AD2d 518; *People v Stanley,* 185 AD2d 827).

We have considered the defendant's other arguments and find them to be without merit. O'Brien, J. P., Sullivan, Florio and McGinity, JJ., concur.